# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-08-00336-CV

**In re Victor C. Moreno**

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

**M E M O R A N D U M   O P I N I O N**

The petition for writ of mandamus is denied.  See Tex. R. App. P. 52.8(a).

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Filed:   July 1, 2008